In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-01-532 CV


____________________



WESLEY CAREY, JR., Appellant



V.



MARILYN S. MCCONVILLE, RN, HUBERT JEAN-LOUIS, MD,


SUZANNE ELAINE DUCATE, MD, AND 


ROCHELLE MCKINNEY, RN, Appellees






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-165,105






MEMORANDUM OPINION


 Wesley Carey, an inmate of the Texas Department of Criminal Justice, Institutional
Division, appeals the dismissal of his suit under Chapter 14 of the Texas Civil Practice and
Remedies Code. See Tex. Civ. Prac. & Rem. Code Ann. §§ 14.001-.014 (Vernon Supp.
2002). This appeal is submitted on the clerk's record alone because no brief has been
filed. Tex. R. App. P. 38.8 (a). Although the appellant's brief was due May 8, 2002,
neither a brief nor a motion for extension of time to file the brief has been filed. Because
the appeal involves the application of well-settled principles of law, we deliver this
memorandum opinion. See Tex. R. App. P. 47.1.

 We have reviewed the record for fundamental error, and find none. The judgment
of the trial court is affirmed.

 AFFIRMED.

 PER CURIAM

Submitted August 13, 2002

Opinion Delivered August 29, 2002

Do Not Publish


Before Walker, C.J., Burgess and Gaultney, JJ.